1  Kathryn J. Halford (State Bar No.68141)
   kjhalford@wkpyc.com
2  Sally S. Frontman (State Bar No. 227735)
   sfrontman@wkpyc.com
3  WOHLNER KAPLON PHILLIPS
   YOUNG & CUTLER
4  A Professional Corporation
   16501 Ventura Boulevard, Suite 304
5  Encino, California 91436
   Telephone: (818) 501-8030, Ext. 334
6  Fax: (818) 501-5306

7  Attorneys for Plaintiffs the Boards of Directors of
   the Motion Picture Industry Pension Plan, the Motion
8  Picture Industry Individual Account Plan, and the
   Motion Picture Industry Health Plan

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(Western Division)**

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>STOUFFER ENTERTAINMENT, LLC, a cancelled California limited liability company,<br><br>Defendant. | CASE NO: CV 10-02396 -RGK (Cwx)<br>Assigned to<br>  Hon. R. Gary Klausner<br><br>[~~PROPOSED~~] AMENDED DEFAULT JUDGMENT<br><br>[Fed. R. Civ. P. 55(b); L.R. 55-1; Fed. R. Civ. P. 69(a); Cal. Code Civ. Proc., §187.]<br><br>Motion to Amend Judgment Granted: January 30, 2013<br><br>Ct. Rm.:  850, Roybal Bldg.<br>Location: 255 E. Temple Street<br>         Los Angeles 90012<br><br>Complaint Filed: April 1, 2010<br>Default Judgment Entered: February 2, 2011 |

1  The Motion for Entry of Default Judgment of Plaintiffs, the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan, came on for hearing on January 24, 2011 before the Honorable R. Gary Klausner, Judge presiding in Courtroom 850 of the above-entitled Court. Sally S. Frontman of Wohlner Kaplon Phillips Young & Cutler appeared on behalf of Plaintiffs; no appearance was made by Defendant.

On January 30, 2013, the Court issued a Minute Order Granting Judgment Creditors' Motion to Amend Judgment to add WHITTAKER LLC DBA STOUFFER ENTERTAINMENT, a West Virginia limited liability company, as a judgment-debtor.

The Court having considered said motions, and all other papers filed in this matter, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiffs' motion for entry of default judgment is granted;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiffs' motion to Motion to Amend Judgment to Add WHITTAKER LLC DBA STOUFFER ENTERTAINMENT, a West Virginia limited liability company, as a Judgment Debtor is granted;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Plaintiffs and against Defendants, STOUFFER ENTERTAINMENT, L.L.C., a California limited liability company, and WHITTAKER, LLC, DBA STOUFFER ENTERTAINMENT, a West Virginia limited liability company, for a total amount of $80,356.80, as follows:

1. Contributions in the sum of $31,762.69;
2. Auditing costs in the sum of $2,261.25;
3. Liquidated damages in the sum of $20,279.71, calculated at the rate of one percent (1%) per month on the delinquent contributions from due

dates to January 24, 2011;

4. Interest in the sum of $20,279.71, calculated at the rate of one percent (1%) per month on the delinquent contributions from due dates to January 24, 2011;

5. Attorneys' fees in the sum of $5,285.00; and

6. ~~Costs of suit in the sum of $488.44.~~ *Plaintiff should apply to the Clerk of the Court for the requested costs.*

DATED: APR 23 2013

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

3